1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERLENE F. CASTRO,<br><br>                                    Plaintiff,<br>            vs.<br>HOME CAPITAL FUNDING;<br>AMERICAS SERVICING COMPANY;<br>FIRST AMERICAN LOAN STAR<br>TRUSTEE SERVICES; and DOES 1-10,<br><br>                                    Defendants. | CASE NO. 09cv1347-WQH-POR<br><br>**ORDER** |

HAYES, Judge:

On June 23, 2009, Plaintiff initiated this action by filing a Complaint. (Doc. # 1). No proof of service has been filed as to Defendant Home Capital Funding. Federal Rule of Civil Procedure 4 requires that a summons and complaint be served "within 120 days after the filing of the complaint." Fed. R. Civ. P. 4(m). If a plaintiff fails to serve the summons and complaint within 120 days, the court may dismiss the action without prejudice after notice to the plaintiff. *See id.*

On October 27, 2009, the Court issued an Order to Show Cause, which stated:

This Order constitutes notice to Plaintiff that the Court will dismiss this action without prejudice as to Defendant Home Capital Funding on or after **November 30, 2009**, unless, no later than that date, Plaintiff files either: (1) proof of service of the summons and the Complaint to Defendant Home Capital Funding; or (2) a declaration under penalty of perjury showing good cause for failure to timely

1    serve Defendant Home Capital Funding, accompanied by a motion for leave to serve process outside of the 120 day period.

2

3    (Doc. # 7).

4        The docket reflects no case activity by Plaintiff since the issuance of the Order to Show

5    Cause.

6        IT IS HEREBY ORDERED that, pursuant to Rule 4(m), the Complaint is **DISMISSED**

7    **WITHOUT PREJUDICE** as to Defendant Home Capital Funding.

8    DATED: December 17, 2009

9                                    _William Q. Hayes_
                                     **WILLIAM Q. HAYES**
                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28